UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

AISHA ISSACK IBRAHIM                                 CASE NO. 6:25-CV-01855 SEC P

VERSUS                                              JUDGE ROBERT R. SUMMERHAYS

KRISTI NOEM ET AL                                   MAGISTRATE JUDGE DAVID J. AYO

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Rec. Doc. 11), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Rec. Doc. 1) is **GRANTED**. Petitioner must be released within five (5) business days. The parties must file a notice of compliance within 24 hours of Petitioner's release.

**THUS, DONE AND SIGNED** in Chambers this 6ᵗʰ day of April, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE